UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
DIANNE ALVELO, individually and on behalf of all
others similarly situated,

                Plaintiff,                        Case. No. **1:18-cv-06067-PGG**

       v.                                 **STIPULATION AND ORDER OF**
                                            **DISMISSAL WITH PREJUDICE**
COMPREHENSIVE HEALTH MANAGEMENT,
INC.

                Defendants.
------------------------------------------------------------- X

**WHEREAS**, on July 3, 2018, Plaintiff Dianne Alvelo filed a Complaint against Defendant Comprehensive Health Management, Inc., which asserts claims for unpaid wages and overtime pursuant to the Fair Labor Standards Act ("FLSA") and the New York Labor Law ("NYLL") and failure to furnish wage statements pursuant to the NYLL;

**WHEREAS**, the parties have engaged in good faith settlement negotiations through their respective attorneys, which resulted in an agreement to settle the Litigation and these parties have entered into a Settlement Agreement and Release dated February 26, 2019 (the "Agreement"), formally memorializing the parties' settlement;

**WHEREAS**, the terms of the Agreement, which are incorporated herein by reference, have been reviewed and scrutinized by the Court and are approved and considered a fair and reasonable resolution of, *inter alia*, a bona fide dispute over a provision or provisions of the Fair Labor Standards Act and the New York Labor Law; and

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, that this action be hereby dismissed and discontinued in its entirety, with prejudice,

111062265_6

pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. A copy of the signatures on this Stipulation serve the same purposes as an original signature.

| Sapir \| Schragin LLP | McGUIREWOODS LLP |
|---|---|
| By: *Howard Schragin / PAG* <br> Howard Schragin, Esq. <br> 399 Knollwood Road <br> Suite 310 <br> White Plains, New York 10603 <br> E-mail: hschragin@sapirschragin.com <br><br> Counsel for Plaintiff | By: *[signature]* <br> Philip A. Goldstein <br> Adam T. Simons <br> 1251 Avenue of the Americas, 20th Floor <br> New York, New York 10020-1104 <br> pagoldstein@mcguirewoods.com <br> asimons@mcguirewoods.com <br> (212) 548-2100 <br><br> Michael R. Phillips (admitted *pro hac vice*) <br> McGuireWoods LLP <br> 77 West Wacker Drive <br> Suite 4100 <br> Chicago, Illinois 60601-1818 <br> mphillips@mcguirewoods.com <br> (312) 849-8100 <br><br> Counsel for Defendant |

SO ORDERED:

_____
HONORABLE PAUL G. GARDEPHE

May 2, 2019
Date

111062265_6